# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 23-15780

**Case Name:** Reno-Sparks Indian Colony, et.al. v. Deb Haaland, et.al.

**Hearing Location** (*city*): Pasadena

**Your Name:** Laura K. Granier

List the sitting dates for the two sitting months you were asked to review:

February 5-9, 2024 and March 4-8, 2024

Do you have an unresolvable conflict on any of the above dates? ◯ Yes  ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s/Laura K Granier   **Date:** 10/10/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                      *New 12/01/2018*